AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No. CIV-19-470-G

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* LAURA NOBLE
was received by me on *(date)* 6-12-2019.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Laura Noble, who is
designated by law to accept service of process on behalf of *(name of organization)* Dustin Haney
Okla. Dept. of Corrections on *(date)* 6-18-2019. ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 6-18-2019

*Server's signature*

PERRY P BELL
*Printed name and title*

10001 SE 164th Street Norman OK 73026
*Server's address*

Additional information regarding attempted service, etc:

Print   Save As...   Reset