# Exhibit 1


IN THE DISTRICT COURT OF MAJOR COUNTY
STATE OF OKLAHOMA

IN THE MATTER OF THE ESTATE OF
JOSHUA CHRISTOPHER ENGLAND,
DECEASED.

Case No PB-20-4

## ORDER APPOINTING
## PERSONAL REPRESENTATIVE AND DETERMINING HEIRS

THIS MATTER comes on for hearing this 18th day of May, 2020, before me, the undersigned Judge of the District Court, on the Petition for Letters of Administration filed herein by Christina D. Smith. Appearing is the Petitioner, Christina D. Smith by and through her counsel, Gerald E. Kelley of Gerald E. Kelley LLC.

The Court reviews the pleadings and hears statement of counsel and finds that Joshua Christopher England died intestate on or about the 29th day of May, 2018, leaving personal property in this County.

The names, ages and residences of the heirs at law of the decedent are set forth in the Petition and the Court finds Christina D. Smith is the mother of the decedent and is entitled to Letters of Administration.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Christina D. Smith be, and is hereby, appointed Personal Representative of the Estate of Joshua Christopher England, Deceased.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that bond is waived at the present time.

FURTHER IT IS ORDERED, ADJUDGED AND DECREED by the Court that said decedent died intestate and that his heirs at law are the following, to-wit:

| Name | Age/Relationship | Address |
|---|---|---|
| Christina D. Smith | Mother | 610 West Beck Apt. 30 Fairview, OK 73737 |
| Christopher A. England | Father | Address unknown |

**Timothy Haworth**

JUDGE OF THE DISTRICT COURT

GERALD E. KELLEY, OBA #4923
GERALD E. KELLEY LLC
One Leadership Square, Suite 800
211 North Robinson
Oklahoma City, Oklahoma 73102
(405) 235-4671  (405) 234-5511 (fax)
gkelley@swbell.net

I, SHAUNA HOFFMAN, Court Clerk for Major County, Okla., hereby certify that the foregoing is a true, correct and complete copy of the instrument herewith set out as appears of record in the Court Clerk's Office of Major County, Okla. this _____ day of _____, 20___
SHAUNA HOFFMAN, Court Clerk
By_____Deputy



IN THE DISTRICT COURT OF MAJOR COUNTY
STATE OF OKLAHOMA

IN THE MATTER OF THE ESTATE OF
JOSHUA CHRISTOPHER ENGLAND,
DECEASED.

Case No. PB-20-4

FILED
MAJOR COUNTY, OKLAHOMA
MAY 18 2020
SHAUNA HOFFMAN, COURT CLERK
BY JAYME REICHERT, DEPUTY

## LETTERS OF ADMINISTRATION

STATE OF OKLAHOMA } SS:
COUNTY OF MAJOR

Christina D. Smith is hereby appointed Personal Representative of the Estate of Joshua Christopher England, Deceased.

Witness, **Timothy Haworth**, Judge of the District Court of Major County, State of Oklahoma, this 18th day of May, 2020.

**Timothy Haworth**
JUDGE OF THE DISTRICT COURT

## OATH OF PERSONAL REPRESENTATIVE

STATE OF OKLAHOMA } SS:
COUNTY OF MAJOR

I, Christina D. Smith, do solemnly swear that I will perform according to law the duties of Personal Representative of the Estate of Joshua Christopher England, Deceased. So help me God.

*Christy D. Smith*
Christina D. Smith

Subscribed and sworn to before me this 18th day of May, 2020.

**Timothy Haworth**
JUDGE OF THE DISTRICT COURT

My Commission Expires:

(SEAL) /s/

GERALD E. KELLEY, OBA #4923
GERALD E. KELLEY LLC
One Leadership Square
211 N. Robinson  Suite 800 North
Oklahoma City, Oklahoma 73102
(405) 235-4671  (405) 234-5511
gekelley@swbell.net
Attorney for Petitioner

I, SHAUNA HOFFMAN, Court Clerk for Major County, Okla., hereby certify that the foregoing is a true, correct and complete copy of the instrument herewith set out as appears of record in the Court Clerk's Office of Major County, Okla. this 18th day of May, 20 20.
SHAUNA HOFFMAN, Court Clerk
By /s/ Jayme Eucha  Deputy