## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

CHRISTINA SMITH, individually and as
next friend of her son, Joshua England,

        Plaintiff,

v.

        **Case No.: 19-cv-470-G**

JOE ALLBAUGH, CARL BEAR,
ROBERT BALOGH, WENDELL MILES,
LAURA HAYS, LAURA NOBLE,
OKLAHOMA DEPARTMENT OF
CORRECTIONS OFFICERS JOHN DOES
#1-10, and CASE MANAGER RICHARD
ROE,

        Defendants.

## JOINT MOTION FOR PROTECTIVE ORDER AND BRIEF IN SUPPORT

For their Joint Motion for Protective Order and Brief in Support, the parties state the following:

1.  Plaintiff issued a document subpoena to nonparty Oklahoma Department of Corrections.

2.  The Oklahoma Department of Corrections objected to the subpoena. *See* Ex. 1. Defendants moved to quash the subpoena based, in part, on the claim that certain information should not be produced until a stipulated protective order had been entered. Doc. 43 at 6. The Parties have agreed to the terms of the attached proposed stipulated protective order to facilitate that production. The Oklahoma Department of Corrections has gathered certain documents responsive to the Plaintiff's subpoena, which it will produce to Plaintiff upon entry of this Protective Order. However, by agreeing to the

stipulated protective order, Defendants do not waive their other arguments concerning

discovery, specifically that this action should be stayed pending the appeal. *See* Motion to

Stay Case by All Defendants (Doc. 50). By agreeing to this Protective Order, Plaintiff

also reserves the right to move at a later time in the litigation for a different Protective

Order to govern future production by the parties and non-parties other than the

Department of Corrections.

3.   The Court has authority to enter this protective order pursuant to Fed. R. Civ. P.

26(c).

WHEREFORE, the parties respectfully request that the Court enter the Protective

Order attached hereto as Exhibit 2.

Respectfully submitted,

 s/ Devan A. Pederson
**DEVAN A. PEDERSON, OBA# 16576**
**KARI Y. HAWKINS, OBA# 19824**
Assistant Attorneys General
Oklahoma Attorney General's Office
Litigation Section
313 NE 21st Street
Oklahoma City, OK 73105
Telephone:  (405) 521-3921
Facsimile:  (405) 521-4518
Email:  devan.pederson@oag.ok.gov
         kari.hawkins@oag.ok.gov
*Attorneys for Defendants*

s/ Katherine Rosenfeld
(signed by filing attorney with permission of
attorney)
Katherine Rosenfeld
Emma Freeman

2

600 Fifth Avenue, 10th Floor
New York, New York  10020
*Attorneys for Plaintiff*

Paul DeMuro
Frederic Dorwart, Lawyers PLLC
Old City Hall Building
124 East Fourth Street
Tulsa, OK  74103
*Attorney for Plaintiff*

Henry A. Meyer, III
Mullinix, Goerke & Meyer, PLLC
210 Park Ave., Suite 3030
Oklahoma City, OK 73102
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of June, 2020, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF System for filing and transmittal of the Notice of Electronic Filing to the following ECF registrants:

Paul DeMuro
Frederic Dorwart, Lawyers PLLC
Old City Hall Building
124 East Fourth Street
Tulsa, OK  74103
*Attorney for Plaintiff*

Katherine Rosenfeld
Emma Freeman
600 Fifth Avenue, 10th Floor
New York, New York  10020
*Attorneys for Plaintiff*

Henry A. Meyer, III
Mullinix, Goerke & Meyer, PLLC
210 Park Ave., Suite 3030
Oklahoma City, OK 73102

 s/ Devan A. Pederson
**Devan A. Pederson**