# Exhibit A

1. All documents related to licensing (including applications), registration, and renewals for Dr. Robert Balogh, Wendell Miles (physician's assistant), Laura Hays (licensed practical nurse), and Laura Noble (licensed practical nurse).

2. All documents related to complaints, investigations, discipline, suspensions, penalties, or any adverse action taken related to the medical licenses of Dr. Robert Balogh, Wendell Miles (physician's assistant), Laura Hays (licensed practical nurse), and Laura Noble (licensed practical nurse).