FILED  
United States Court of Appeals  
Tenth Circuit

February 10, 2021

Christopher M. Wolpert  
Clerk of Court

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

─────────────────────────────────

| | |
|---|---|
| CHRISTINA SMITH, individually and as next friend of her son, Joshua England,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>JOE ALLBAUGH; CARL BEAR,<br><br>Defendants - Appellants,<br><br>and<br><br>ROBERT BALOGH; WENDELL MILES; LAURA HAYS; LAURA NOBLE; OKLAHOMA DEPARTMENT OF CORRECTIONS OFFICERS JOHN DOES #1-10; RICHARD ROE, Case Manager,<br><br>Defendants. | No. 20-6029<br>(D.C. No. 5:19-CV-00470-G)<br>(W.D. Okla.) |

─────────────────────────────────

## JUDGMENT

─────────────────────────────────

Before **HARTZ**, **KELLY**, and **PHILLIPS**, Circuit Judges.

─────────────────────────────────

This case originated in the District of Western Oklahoma and was argued by counsel.

The judgment of that court is reversed. The case is remanded to the United States District Court for the District of Western Oklahoma for further proceedings in accordance with the opinion of this court.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk