# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT
# OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Christopher M. Wolpert
Clerk of Court

March 04, 2021

Jane K. Castro
Chief Deputy Clerk

Paul DeMuro
Frederic Dorwart, Lawyers
124 East Fourth Street, Suite 100
Tulsa, OK 74103

Emma Lerner Freeman
Katherine R. Rosenfeld
Emery Celli Brinckerhoff Abady Ward & Maazel
600 Fifth Avenue, 10th Floor
10th Floor
New York, NY 10020

Kari Hawkins
Devan Pederson
Office of the Attorney General for the State of Oklahoma
Litigation Department
313 NE 21st Street
Oklahoma City, OK 73105

Henry Adam Meyer III
Behenna Goerke Krahl & Meyer
210 Park Avenue, Suite 3030
Oklahoma City, OK 73102

Carmelita Reeder Shinn
United States District Court for the Western District of Oklahoma
Office of the Clerk
200 NW 4th Street
Oklahoma City, OK 73102

**RE:     20-6029, Smith v. Allbaugh, et al**
        Dist/Ag docket: 5:19-CV-00470-G

Dear Counsel and Clerk:

In addition, pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate issued today, and the court's judgment takes effect.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of the Court

CMW/mlb