# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHRISTINA SMITH, as Personal Representative of the Estate of her son, Joshua Christopher England, | |
| Plaintiff, | **Case No. 19-cv-00470-G** |
| v. | |
| JOE ALLBAUGH, CARL BEAR, ROBERT BALOGH, WENDELL MILES, LAURA HAYS, LAURA NOBLE, OKLHAOMA DEPARTMENT OF CORRECTIONS OFFICERS JOHN DOES #1-10, and CASE MANAGER RICHARD ROE, | |
| Defendants. | |

## MOTION FOR ORDER SEALING DOCUMENTS AND DIRECTING THE FILING OF REDACTED DOCUMENTS

Defendants Allbaugh, Bear, Balogh, and Miles inadvertently filed document number 138, exhibit number 1; document number 139, exhibit number 1; document number 140, exhibit number 1; document number 141, exhibit number 1, this this case without redaction of certain information within the scope of Fed. R. Civ. P. 5.2(a). Defendants move for entry of an order sealing Exhibit 1 of document number 138; Exhibit 1 of document number 139; Exhibit 1 of document number 140; and Exhibit 1 of document number 141 and permitting the filing of a redacted version pursuant to Rule 5.2. A proposed order will be submitted pursuant to § II (G)(2) of the ECF Policies and Procedures Manual.

Respectfully submitted,

s/ Jessica A. Wilkes
**JESSICA A. WILKES, OBA #34823**
*Assistant Attorney General*
Oklahoma Attorney General's Office
Litigation Division
313 N.E. 21st Street
Oklahoma City, Oklahoma 73105
Telephone:      (405) 522-2944
Facsimile:       (405) 521-4518
Email:  Jessica.Wilkes@oag.ok.gov
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of December 2022, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to counsel of record.

/s/Jessica Wilkes
Jessica Wilkes