# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHRISTINA SMITH, as Personal Representative of the Estate of her son, Joshua Christopher England, <br><br> Plaintiff, <br><br> v. <br><br> JOE ALLBAUGH et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. CIV-19-470-G |

## ORDER

Now before the Court is a Motion to Seal (Doc. No. 142) filed by Defendants.

For good cause shown, the Motion is GRANTED. The Court Clerk shall place the following filings under seal: Doc. No. 138-1; Doc. No. 139-1; Doc. No. 140-1; and Doc. No. 141-1. Defendants may file redacted versions of the relevant documents.

IT IS SO ORDERED this 21st day of December, 2022.

_____
CHARLES B. GOODWIN
United States District Judge