# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHRISTINA SMITH, as Personal Representative of the Estate of her son, Joshua Christopher England,<br><br>  Plaintiff,<br><br>v.<br><br>JOE ALLBAUGH et al.,<br><br>  Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. CIV-19-470-G<br>)<br>)<br>)<br>) |

## ORDER

This matter is hereby referred to United States Magistrate Judge Shon T. Erwin for a settlement conference pursuant to LCvR 16.2.

IT IS SO ORDERED this 26th day of January, 2023.

_____
CHARLES B. GOODWIN
United States District Judge