# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHRISTINA SMITH, as Personal Representative of the Estate of Her Son, Joshua Christopher England,<br><br>        Plaintiff,<br><br>– against –<br><br>JOE ALLBAUGH, CARL BEAR, ROBERT BALOGH, WENDELL MILES, LAURA HAYS, LAURA NOBLE, OKLAHOMA DEPARTMENT OF CORRECTIONS OFFICERS JOHN DOES #1-10, and CASE MANAGER RICHARD ROE,<br><br>        Defendants. | Case No. 19-cv-00470-G |

## PLAINTIFF'S EXPERT WITNESSES IN CHIEF

Plaintiff Christina Smith hereby discloses the following expert witnesses in chief pursuant to the Court's March 31, 2023 Amended Scheduling Order (Dkt. No. 151).

| Expert | Testimony |
|---|---|
| • Roxie M. Albrecht, MD, FACS, CCM, DABS | General surgery expert |
| • David R. Payne, CPA, ASA, ABV, CDBV, CTP, CIRA<br>• Sandra J. Bassett, CPA | Lost earnings experts |
| • Zachary Rosner, MD | Correctional healthcare expert |
| • Kathy Wild, RN, MPA, CCHP-RN | Correctional nursing expert |

1

Dated: April 10, 2023
New York, New York

**RESPECTFULLY SUBMITTED:**

/s/
Katherine Rosenfeld (*admitted pro hac vice*)
Emily K. Wanger (*admitted pro hac vice*)
EMERY CELLI BRINCKERHOFF
ABADY WARD & MAAZEL LLP
600 Fifth Avenue, 10th Floor
New York, New York 10020
T: (212) 763-5000
F: (212) 763-5001
krosenfeld@ecbawm.com
ewanger@ecbawm.com

Paul DeMuro, OBA No. 17605
FREDERIC DORWART, LAWYERS PLLC
124 East Fourth Street
Tulsa, Oklahoma 74103
T: (918) 583-9922
F: (918) 583-8251
pdemuro@fdlaw.com

Henry A. Meyer, III
KRAHL, GOERKE, MEYER & BEHENNA
210 Park Avenue
3030 Oklahoma Tower
Oklahoma City, Oklahoma 73102
T: (405) 232-3800
F: (405) 232-8999
hank@lawokc.com

*Attorneys for Plaintiff*

c. All counsel (via ECF)

**CERTIFICATE OF SERVICE**

       The undersigned does hereby certify that on the 10th day of April, 2023, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the applicable ECF registrants.

                                              /s/ Emily K. Wanger