UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHRISTINA SMITH, as Personal Representative of the Estate of Her Son, Joshua Christopher England,<br><br>                                   Plaintiff,<br><br>– against –<br><br>JOE ALLBAUGH, CARL BEAR, ROBERT BALOGH, WENDELL MILES, LAURA HAYS, LAURA NOBLE, OKLAHOMA DEPARTMENT OF CORRECTIONS OFFICERS JOHN DOES #1-10, and CASE MANAGER RICHARD ROE,<br><br>                                   Defendants. | **Case No. 19-cv-00470-G** |

## JOINT STATUS REPORT

On May 1, 2023, the parties filed a Joint Motion to Stay Case and Hold All Deadlines in Abeyance. The Court granted the request and ordered the parties to file a written status report, a stipulation of dismissal, or other appropriate documents within twenty-one (21) days of May 2, 2023. In compliance with the order, the parties submit the following status report. The parties are in the process of preparing final settlement documents and anticipate having a dismissal with prejudice filed within 30 days. The parties respectfully request until Thursday, June 22, 2023, to report back to the Court on this matter.

Respectfully submitted,

  /s Devan A. Pederson
**Devan Pederson, OBA# 16576**
**Jessica Wilkes, OBA# 34823**
Assistant Attorneys General
Office of the Attorney General
313 NE 21st Street
Oklahoma City, OK 73105
(405) 522-2931
devan.pederson@oag.ok.gov
jessica.wilkes@oag.ok.gov
*Attorneys for Defendants*
*Joe Allbaugh, Carl Bear, Wendell*
*Miles, and Robert Balogh*


  /s  Katherine Rosenfeld
(Signed by Pederson with Rosenfeld's permission)
**Katherine Rosenfeld** *(admitted pro hac vice)*
**Emily K. Wanger** *(admitted pro hac vice)*
EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP
600 Fifth Avenue, 10th Floor
New York, New York 10020
T: (212) 763-5000
F: (212) 763-5001
krosenfeld@ecbawm.com
ewanger@ecbawm.com

Paul DeMuro
Frederic Dorwart, Lawyers PLLC
124 East Fourth Street, Suite 100
Tulsa, OK 74103
(918) 583-9922
pdemuro@fdlaw.com
*Attorneys for Plaintiff Christina Smith*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of May 2023, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to counsel of record who are ECF registrants.

/s Devan A. Pederson
Devan A. Pederson
