# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **CHRISTINA SMITH, as Personal Representative of the Estate of her son, Joshua Christopher England,** )<br>)<br>)<br>) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. CIV-19-470-G |
| ) | |
| **JOE ALLBAUGH et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

Now before the Court is the parties' Joint Status Report (Doc. No. 160). Based upon the representations therein, and for good cause shown, the Court ORDERS as follows:

All pending deadlines are hereby stayed pending further order of the Court. The parties shall file a written status report, a stipulation of dismissal, or other appropriate documents on or before June 22, 2023.

IT IS SO ORDERED this 24th day of May, 2023.

*[signature]*
CHARLES B. GOODWIN
United States District Judge