# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHRISTINA SMITH, as Personal Representative of the Estate of her son, Joshua Christopher England,<br><br>    Plaintiff,<br><br>v.<br><br>JOE ALLBAUGH et al.,<br><br>    Defendants. | Case No. CIV-19-470-G |

## ORDER

On May 24, 2023, based upon the parties' representations that a settlement had been reached in this matter, the Court entered an order staying all pending deadlines in this matter. *See* Order of May 24, 2023 (Doc. No. 161) at 1. The Court further directed: "The parties shall file a written status report, a stipulation of dismissal, or other appropriate documents on or before June 22, 2023." *Id.* As of this date, however, there have been no further submissions to the Court. Nor has any party requested an extension of the Court's stated deadline.

Accordingly, the parties shall SHOW CAUSE in writing, no later than July 17, 2023, why the stay of deadlines should not be vacated and this matter re-set upon the Court's September 2023 civil trial docket.

IT IS SO ORDERED this 10th day of July, 2023.

_____
CHARLES B. GOODWIN
United States District Judge