## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

CHRISTINA SMITH, individually and as
next friend of her son, Joshua England,

        Plaintiff,

v.

JOE ALLBAUGH, CARL BEAR,
ROBERT BALOGH, WENDELL MILES,
LAURA HAYS, LAURA NOBLE.

        Defendants.

**Case No.: 19-cv-470-G**

## STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated that the above-entitled action is discontinued and dismissed with prejudice with each party bearing their own fees, costs, and expenses.

Respectfully submitted,

s/ Devan A. Pederson_____
**DEVAN A. PEDERSON, OBA #16576**
*Assistant Attorney General*
Oklahoma Attorney General's Office
Litigation Division
313 N.E. 21st Street
Oklahoma City, OK 73105
Telephone:   (405) 521-3921
Email: Devan.Pederson@oag.ok.gov
Email: Jessica.Wilkes@oag.ok.gov
*Attorneys for Defendants Allbaugh, Bear, Miles, and Balough*

s/Amy Sherry Fischer
(Signed by Pederson with Fischer's permission)
**Larry D. Ottaway-OBA# 6816**
**Amy Sherry Fischer-OBA# 16651**
FOLIART, HUFF, OTTAWAY & BOTTOM
201 Robert S. Kerr Avenue, 12th Floor
Oklahoma City, Oklahoma 73102
Telephone: (405) 232-4633
larryottaway@oklahomacounsel.com
amyfischer@oklahomacounsel.com
Attorneys for Defendant Hays

s/ Emily K. Wanger
(Signed by Pederson with Wanger's
permission)
**Katherine Rosenfeld (*admitted pro hac vice*)**
**Emily K. Wanger (*admitted pro hac vice*)**
EMERY CELLI BRINCKERHOFF ABADY
WARD & MAAZEL LLP
600 Fifth Avenue, 10th Floor
New York, New York 10020
T: (212) 763-5000
F: (212) 763-5001
krosenfeld@ecbawm.com
ewanger@ecbawm.com
*Attorneys for Plaintiff Christina Smith in her*
*individual capacity and as representative of the*
*Estate of Joshua England*

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of July, 2023, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to counsel of record who are ECF registrants.

/s Devan A. Pederson
Devan A. Pederson